SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff,<br><br>     vs.<br><br>Hamid Khatirine, et al<br><br>          Defendants | Case No. **2:11-cv-03202-WBS-CKD**<br><br>**ORDER RE: STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE** |

   IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to April 30, 2012 at 2:00 p.m. A Joint Status Report shall be filed no later than April 16, 2012.

                    Date:   March 19, 2012

                    */s/ William B. Shubb*
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-11-cv-03202-WBS-CKD - 1