SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>  vs.<br><br>Hamid Khatirine, et al<br><br>    Defendants | Case No. **2:11-cv-03202-WBS-CKD**<br><br>**ORDER RE: EXTENSION OF TIME UNTIL APRIL 10, 2012 FOR DEFENDANT HAMID KHATIRINE INDIVIDUALLY AND D/B/A 3 B'S TRUCKS TO RESPOND TO COMPLAINT** |

**IT IS SO ORDERED:** that Defendant Hamid Khatirine Individually and d/b/a 3 B's Trucks shall have until April 10, 2012 to respond to complaint.

Dated: March 27, 2012

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE STIPULATION FOR EXTENSION OF TIME

CIV: S-11-cv-03202-WBS-CKD - 1