SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-03202-WBS-CKD** |
| Plaintiff; | ) **ORDER RE: REQUEST FOR DISMISSAL** |
| vs. | ) |
| Hamid Khatirine, et al, | ) |
| Defendant | ) |

IT IS SO ORDERED that the above-entitled action is hereby dismissed with prejudice pursuant Fed. R. Civ. P. Rule 41(a)(1)(A).

Date: June 6, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-3202-WBS-CKD- 1